

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00427-CV

———————————————————

IN THE INTEREST OF A.P., A CHILD

---

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-707685-21

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has not paid the filing fee required by the Rules of Appellate Procedure.  *See* Tex. R. App. P. 5, 12.1(b).  On November 9, 2023, and November 29, 2023, we warned Appellant that we would dismiss this appeal unless he paid the filing fee.  *See* Tex. R. App. P. 42.3(c), 44.3.  Appellant has not done so.

Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:        December 21, 2023